1  PAUL L. CASS, ESQUIRE SBN 158323
   7777 GREENBACK LANE, STE. #107
2  CITRUS HEIGHTS, CA 95610
   PHONE: (916) 536. 1099
3  FAX: (916) 536. 0739
   E-Mail: casslaws@aol.com
4
   Attorney for Plaintiff ALTEX TRANSPORTATION, INC
5

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| ALTEX TRANSPORTATION, INC., | Case No.:  2:24-cv-01111-DJC-CSK |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL OF ENTIRE CASE** |
| BEST EXPRESS FOODS, INC; MCM FOOD CORP; SURFACE 2 AIR LOGISTICS, INC; BURRIS LOGISTICS; PRICEMART INC; INTERSTATE WAREHOUSEING; WM GROCERY CONSOLIDATED CP 6956 aka SAM'S CLUB aka WALMART; AND DOES 1 through 50, inclusive, | |
| Defendants. | |

NOTICE OF DISMISSAL OF ENTIRE CASE

The Plaintiff ALTEX TRANSPORTATION, INC and Plaintiff's counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully Submitted,

| DATE: 7/30/2025 | *Paul Cass* |
|---|---|
|  | PAUL L. CASS, ESQUIRE 158323 |
|  | ATTORNEY FOR PLAINTIFF |
|  | (ALTEX TRANSPORTATION, INC) |

## ORDER

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated: August 22, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE